WILLIAM J. GEDDES
Nevada Bar No. 6984
KRISTEN R. GEDDES
Nevada Bar No. 9027
THE GEDDES LAW FIRM, P.C.
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
Email: Kristen@TheGeddesLawFirm.com
*Attorneys for Plaintiff Amber Quintanilla*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMBER QUINTANILLA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LANDER COUNTY, a political subdivision of the State of Nevada,<br><br>Defendant. | CASE NO:  3:20-cv-00134-MMD-WGC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER OF DISMISSAL** |

It his hereby AGREED and STIPULATED by and among the parties to this action through their respective counsel of record that this action be DISMISSED WITH PREJUDICE as to all parties and claims, with each of the parties to bear their own costs and fees.

Dated this 11TH Day of December 2020.      THE GEDDES LAW FIRM, P.C.

_____

WILLIAM J. GEDDES, Esq.
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
775-853-9455
*Attorneys for Plaintiff Amber Quintanilla*

The Geddes Law Firm, P.C.
1575 Delucchi Lane, Suite 206
Reno, NV 89502
Phone 775-853-9455

Dated this 11TH Day of December 2020.

LEMONS, GRUNDY & EISENBERG

*Electronic Signature Authorized*

/s/ Rebecca Bruch
REBECCA BRUCH, Esq.
6005 Plumas Street, Third Floor
Reno, Nevada 89519
775-786-6868
*Attorneys for Defendant Lander County*

**IT IS SO ORDERED.**

DATED: ___December 14, 2020___

_____
**UNITED STATES DISTRICT JUDGE**

The Geddes Law Firm, P.C.
1575 Delucchi Lane, Suite 206
Reno, NV 89502
Phone 775-853-9455

2

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the Geddes Law Firm, P.C., and that on **December 11, 2020**, I caused to be served a copy of the foregoing *Stipulation For Dismissal With Prejudice and [Proposed] Order Of Dismissal* by filing the same with the Court's electronic filing system (PACER), addressed to the following:

Rebecca Bruch, Esq.
LEMONS, GRUNDY & EISENBERG
6005 Plumas Street, Third Floor
Reno, Nevada 89519
775-786-6868
*Attorneys for Defendant Lander County*


WILLIAM J. GEDDES
An employee of the Geddes Law
Firm, P.C.

The Geddes Law Firm, P.C.
1575 Delucchi Lane, Suite 206
Reno, NV 89502
Phone 775-853-9455

3